# United States District Court

**EASTERN DISTRICT OF TEXAS**
**SHERMAN DIVISION**

| | | |
|---|---|---|
| JEROME DIETZ, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | |
| | § | CIVIL ACTION NO. 4:18-CV-00560 |
| ZODIAC SEATS US LLC, | § | JUDGE MAZZANT/JUDGE JOHNSON |
| | § | |
| Defendant. | § | |
| | § | |

## MEMORANDUM ADOPTING REPORT AND
## RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE

Came on for consideration the report of the United States Magistrate Judge in this action, this matter having been heretofore referred to the Magistrate Judge pursuant to 28 U.S.C. § 636. On February 4, 2020, the Magistrate Judge entered proposed findings of fact and recommendations (Dkt. #52) that Defendant Zodiac Seats US LLC's Motion for Summary Judgment (Dkt. #28) be denied.

Having received the Report of the United States Magistrate Judge, and no timely objections being filed, the Court is of the opinion that the findings and conclusions of the Magistrate Judge are correct and adopts the Magistrate Judge's report as the findings and conclusions of the Court. Accordingly, Defendant's Motion for Summary Judgment and Brief in Support (Dkt. #28) is hereby **DENIED**.

**IT IS SO ORDERED.**

**SIGNED this 20th day of February, 2020.**

_____
AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE