# United States District Court
**EASTERN DISTRICT OF TEXAS**
**SHERMAN DIVISION**

| | |
|---|---|
| JEROME DIETZ | § |
| | § |
| v. | § Civil Action No. 4:18cv560 |
| | § Judge Mazzant/Judge Johnson |
| ZODIAC SEATS US LLC | § |

## ORDER

In accordance with General Order 20-03, <u>Court Operations Under Exigent Circumstances Created by the COVID-19 Pandemic</u>, and General Order 20-09, <u>General Order Regarding Extension and Modification of Prior General Orders,</u> entered in this District on March 16, 2020, and April 22, 2020, respectively, the May 19, 2020 Jury Selection and Jury Trial of this case are continued until further notice.

**IT IS SO ORDERED.**

**SIGNED this 24th day of April, 2020.**

_____
AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE