# United States District Court
### EASTERN DISTRICT OF TEXAS
### SHERMAN DIVISION

| | |
|---|---|
| JEROME DIETZ | § |
| | § |
| v. | § CIVIL ACTION NO.  4:18cv560 |
| | § Judge Mazzant/Judge Johnson |
| ZODIAC SEATS US, LLC | § |

### ORDER

The Court hereby sets Plaintiff's Unopposed Motion for Continuance (Dkt. #77) for Telephonic Conference on ***Wednesday, July 15, 2020, at 9:00 a.m.***  Teleconference call-in information is provided as follows:

**ATT Toll-Free Conference Number:  888-363-4749**
**Access Code:  1588844, followed by #**

Participants are directed to call this number at 8:55 a.m.

**IT IS SO ORDERED.**

SIGNED this 13th day of July, 2020.

_____
AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE