# United States District Court
### EASTERN DISTRICT OF TEXAS
### SHERMAN DIVISION

| | | | |
|---|---|---|---|
| JEROME DIETZ | . | § | |
| | | § | |
| v. | | § | CIVIL ACTION NO. 4:18cv560 |
| | | § | Judge Mazzant/Judge Johnson |
| ZODIAC SEATS US LLC | | § | |

## ORDER RESETTING TRIAL

The Court hereby RESETS the Jury Selection and Trial of this case before the undersigned, as follows:

| EVENTS | DEADLINES |
|---|---|
| **Jury Selection/Trial** | **10:00 a.m.** on **Monday, October 26, 2020**, at the Paul Brown United States Courthouse, 101 E. Pecan Street, Room 208, Sherman, Texas 75090 |

**IT IS SO ORDERED.**

**SIGNED this 22nd day of July, 2020.**

_____
AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE